United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 73.189.214.165,<br><br>    Defendant.<br>                                       / | No. C 15-04163 WHA<br><br>**ORDER EXTENDING DEADLINE TO SERVE DEFENDANT WITH SUMMONS AND COMPLAINT** |

An order granted plaintiff leave to serve a third-party subpoena on defendant's Internet provider, Comcast, in order to obtain defendant's identifying information. Plaintiff issued the subpoena on October 21 and received a response on December 30. The deadline to effectuate service was January 11. Plaintiff seeks to extend that deadline by forty-five days. This order hereby extends the deadline to effectuate service to **JANUARY 29, 2016.**

**IT IS SO ORDERED.**

Dated: January 17, 2016.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE